**Order entered July 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00659-CV

### IN RE ARNOLD D. DARDEN, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. W-06-00984**

## ORDER
Before Justices Bridges, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus to the extent relator seeks an order requiring the trial judge to rule on the application for judgment nunc pro tunc, and we **DISMISS the petition for want of jurisdiction** to the extent relator seeks relief against the district clerk.

/s/     DAVID BRIDGES
          JUSTICE